**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Alfred A. Arraj United States Courthouse**
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**
UNITED STATES SENIOR DISTRICT JUDGE

TELEPHONE:  (303) 335-2170
TELECOPIER:  (303)335-2178

# M E M O R A N D U M

**TO:**       Jeffrey P. Colwell, Clerk
             Attn: Senior Judge Team

**FROM:**     Judge Wiley Y. Daniel

**DATE:**     August 13, 2014

**RE:**       Civil Action No. **14-cv-02249-WYD-KLM**
             **KELLY CHENEY and FRANK CHENEY v. ELI LILLY AND**
             **COMPANY, an Indiana corporation**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.