# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF COLORADO

| | |
|---|---|
| KELLY CHENEY and FRANK CHENEY (H/W) | Case No.: 1:14-cv-02249-KMT |
| Plaintiffs, | **PLAINTIFFS' STATUS REPORT** |
| vs. | |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

COME NOW Plaintiffs, by and through their undersigned counsel, and submit their Status Report in accordance to the Court's December 9th, 2014 Order. Plaintiffs advise the Court that the MDL Motion was denied. As such, Plaintiffs are in the process of working diligently with Defendant on a joint scheduling order in preparation of the February 11th, 2015 Scheduling Conference.

December 15, 2014                              Respectfully Submitted,

/s/ Kevin M. O'Brien
Kevin M. O'Brien
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
kobrien@pbmttorneys.com
T: (610) 941-4204, F: (610) 941-4245

## CERTIFICATION OF SERVICE

I, Kevin M. O'Brien, hereby certify that on December 15, 2014, a copy of the foregoing *Plaintiffs' Status Report* was filed electronically with the Clerk of the Court using CM/ECF. Parties may access this filing through the Court's system.

December 15, 2014  **POGUST BRASLOW & MILLROOD, LLC**

/s/Kevin M. O'Brien_____
Kevin M. O'Brien

*Counsel for Plaintiffs*